IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. No. 9004172, 9004173, 9004174, 9004175, E1156776     22-mj-00026-GPG

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOE SKYLER MCDUFF,

      Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon motion of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ requiring the United States Marshal or any other federal law enforcement officer to produce JOE SKYLER MCDUFF, YOB: 1996, BOOKING #2022-00000229, now confined in the MESA COUNTY DETENTION FACILITY, 215 Rice Street, Grand Junction, Colorado, 81501, before a United States Magistrate Judge forthwith to appear for proceedings in the above-referenced and pending case; and to hold said defendant at all times in custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case, return the said defendant to the institution where he was confined, under safe and secure conduct.

SO ORDERED this _____ day of February, 2022

BY THE COURT:

_____
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

2